**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

|  |  |
|---|---|
| In re: LUMEN TECHNOLOGIES, INC. SECURITIES LITIGATION II | Case No. 3:23-cv-01290-TAD-KDM<br><br>Judge: Terry A. Doughty<br><br>Magistrate Judge: Kayla D. McClusky |

**MOTION TO TAKE JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Defendants Lumen Technologies, Inc. ("Lumen" or "the Company"), and Kate Johnson, Chris Stansbury, Jeffrey K. Storey, and Indraneel Dev (the "Individual Defendants" and, together with Lumen, "Defendants") respectfully move the Court to take judicial notice, pursuant to Federal Rule of Evidence 201, of two categories of materials, all of which are either matters of public record, referenced in Plaintiffs' Amended Class Action Complaint (the "Complaint" or "CAC") (ECF No. 35), or both. The documents in "Category I" comprise: (1) archived web pages, (2) articles, (3) SEC filings, (4) earnings call transcripts, (5) industry conference transcripts, and (6) an EPA safety pamphlet. The documents in "Category II" comprise: (1) industry publications, (2) scientific studies, (3) a subpoena letter from another judicial proceeding, (4) analyst and news reports, (5) an article published by the Communications Workers of America ("CWA"), and (6) SEC filings. Appendices I and II, respectively, identify the Category I and II materials.

For these reasons set forth in the accompanying memorandum, Defendants move the Court to grant this motion and take judicial notice of the materials identified in Appendices I and II in deciding the Motion to Dismiss.

Respectfully submitted,


/s/ *Claire Elizabeth Juneau*

Claire Elizabeth Juneau (#33209)
**KEAN MILLER LLP**
First Bank and Trust Tower
909 Poydras Street, Suite 3600
New Orleans, LA 70112
(504) 585-3050
claire.juneau@keanmiller.com

Mallory Tosch Brennan (*pro hac vice*)
**SHEARMAN & STERLING LLP**
800 Capitol Street, Suite 2200
Houston, TX 77002
(713) 354-4900
mallory.brennan@shearman.com

Lyle Roberts (*pro hac vice*)
**SHEARMAN & STERLING LLP**
401 9th Street NW
Washington, DC 20004
(202) 508-8108
lyle.roberts@shearman.com

*Counsel for Defendants Lumen Technologies, Inc., Kate Johnson, Chris Stansbury, Jeffrey K. Storey, and Indraneel Dev*

Dated: April 26, 2024

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 26, 2024, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ *Claire Elizabeth Juneau*
Claire Elizabeth Juneau