**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

|  |  |
|---|---|
| In re: LUMEN TECHNOLOGIES, INC. SECURITIES LITIGATION II | Case No. 3:23-cv-01290-TAD-KDM<br><br>Judge: Terry A. Doughty<br><br>Magistrate Judge: Kayla D. McClusky |

**[PROPOSED] ORDER**

CONSIDERING THE FOREGOING,

IT IS HEREBY ORDERED that Defendants' Motion for Judicial Notice is GRANTED.

Signed this _____ day of _____, 2024.


_____
MAGISRATE JUDGE

1