## <u>APPENDIX I:  CATEGORY I MATERIALS</u>

1. Ex. 14, EHSCP, 2010 International Telecommunications Safety Conference, https://web.archive.org/web/20161008015037/http://www.ehscp.org/2010-ITSC (last visited Apr. 24, 2024)

2. Ex. 15, John Malone, *Managing Lead Exposure During Cable Removal Operations* (Sept. 13, 2010) https://web.archive.org/web/20210527141924/http:/www.ehscp.org/resources/Documents/2013Conference/Malone%20EHSCP%20Lead-%20CablePresentation%20revised%2010SEP13.pdf (last visited Apr. 24, 2024)

3. Ex. 22, CWA, *Minnesota OSHA Lead Abatement* (November 26, 2013), *available at* https://www.cwadistrict7.org/minnesota-osha-lead-abatement/

4. Ex. 3, SEC, Lumen Technologies, Inc., Annual Report (Form 10-K) (Mar. 1, 2018)

5. Ex. 1, SEC, Lumen Technologies, Inc., Annual Report (Form 10-K) (Feb. 23, 2023)

6. Ex. 25, Susan Pulliam, et al., The Wall Street Journal, *America Is Wrapped in Miles of Toxic Lead Cables* (Jul. 9, 2023)

7. Ex. 26, Shalini Ramachandran, et al. The Wall Street Journal, *Lawmakers Demand Telecom Firms Acton Toxic Lead Cables After WSJ Investigation* (Jul. 11, 2023)

8. Ex. 27, Shalini Ramachandran, et al., The Wall Street Journal, *What AT&T And Verizon Knew About Toxic Lead Cables* (Jul. 12, 2023)

9. Ex. 28, Thomas Gryta, Coulter Jones, The Wall Street Journal, *AT&T, Other Telecom Stocks Sink After WSJ Investigation on Toxic Lead Cables* (Jul. 14, 2023)

10. Ex. 29, Shalini Ramachandran, Susan Pulliam, The Wall Street Journal, *Environmental Groups Ask EPA to Shield Public From Abandoned Lead Cables* (Jul. 17, 2023)

11. Ex. 30, Masha Abarinova, Fierce Telecom, *TDS Details Lead Cable Findings, Verizon, AT&T Still Cagey* (Jul. 18, 2023)

12. Ex. 31, Corinne Ramey, et al., The Wall Street Journal, *Justice Department and EPA Probe Telecom Companies Over Lead Cables* (Jul. 26, 2023)

13. Ex. 7, SEC, Lumen Technologies, Inc., Quarterly Report (Form 10-Q) (May 2, 2023)

14. Ex. 6, SEC, Lumen Technologies, Inc., Quarterly Report (Form 10-Q) (Aug. 1, 2023)

15. Ex. 8, SEC, Lumen Technologies, Inc., Quarterly Report (Form 10-Q) (Oct. 31, 2023)

16. Ex. 37, EPA, *Protect Your Family from Lead in Your Home* (Mar. 2021)

17.    Ex. 5, Lumen Techs. Shareholder/Analyst Call, Transcript (May 19, 2021)

18.    Ex. 4, Lumen Technologies, Inc., Q2 2023 Earnings Presentation (Aug. 1, 2023)

## APPENDIX II:  CATEGORY II MATERIALS

1.    Ex. 18, Bell System Practices, AT&T Co. Standard, Occupational Exposure to Lead Cable Removal (Dec. 1979)

2.    Ex. 17, C. D. Barrett, M.S., M.P.H, and H. D. Belk, M.S., M.D., *Blood Lead Study of Long Term Hand Soldering Operators*, JOM, Vol. 19, No. 12, 791 (Dec. 1977)

3.    Ex. 16, Alf Fischbein, M.D., et al., *Health Status of Cable Splicers with Low-Level Exposure to Lead: Results of a Clinical Survey*, AJPH, Vol. 70, No. 7, 697 (Jul. 1980)

4.    Ex. 20, Sverker Forsberg and Jan Björkman, *Release of Lead from Lead-Sheathed Telecom Cables in Soil*, International Wire and Cable Symposium, 478 (Nov. 1994)

5.    Ex. 21, J. E. Jaspers, et al., *Soil pollution and lead-sheathed telecom cables*, Wire Industry, 467 (Aug. 2001)

6.    Ex. 19, Naomi Goodman, Environmental Impacts of Lead from Paper-Insulated Lead-Covered Cable, ERPI (2004)

7.    Ex. 36, Subpoena Letter, *California Sportfishing Protection Alliance v. Pacific Bell Telephone Co.*, 2:21-cv-00073 (E.D. Cal. Jan. 14, 2021), (Jul. 27, 2023) *available at* https://www.attconnects.com/wp-content/uploads/2023/07/7-27-23-Letter-to-WSJ.pdf (last visited Apr. 24, 2024)

8.    Ex. 32, Reuters, *Lumen Technologies shares slide after posting loss of nearly $9 billion*, (Aug. 1, 2023) *available at* https://www.reuters.com/technology/lumen-technologies-shares-slide-after-posting-loss-nearly-9-billion-2023-08-01/#:~:text=Aug

9.    Ex. 35, Keith Noonan, The Motley Fool, *Why Lumen Technologies Stock Is Crashing Today* (Nov. 1, 2023)

10.   Ex. 33, Chris Neiger, The Motley Fool, *Why Lumen Technologies Stock Is Falling Hard Today* (Aug. 2, 2023)

11.   Ex. 34, Emily Barry, MarketWatch, *Lumen's stock erodes further, sinking toward worst day in its history*, (Nov. 1, 2023) *available at* https://www.marketwatch.com/story/lumens-stock-erodes-further-sinking-toward-worst-day-in-its-history-f963bf6b?mod=search_headline

12.   Ex. 13, Compiled Form 4s filed with the SEC between February 1, 2019 and February 25, 2022 in connection with stock trades of Indraneel Dev ("Form 4s")

13.   Ex. 10, Compiled Form 4s filed with the SEC between November 7, 2022 and March 6, 2024 in connection with stock trades of Kathleen Johnson ("Form 4s")

14.   Ex. 11, Compiled Form 4s filed with the SEC between April 4, 2022 and April 4, 2024 in connection with stock trades of Christopher Stansbury ("Form 4s")

15.     Ex. 12, Compiled Form 4s filed with the SEC between February 5, 2019 and March 1, 2022 in connection with stock trades of Jeffrey K. Storey ("Form 4s")

16.     Ex. 2, SEC, Lumen Technologies, Inc., Annual Report (Form 10-K) (Feb. 22, 2024)

17.     Ex. 23, CWA, *Lead Kills: Settlement Agreement, Background Information and More*, (Feb. 9, 2014) *available at* https://cwa-union.org/news/entry/lead_kills_settlement_agreement_background_information_and_more (last visited Apr. 24, 2024)

18.     Ex. 9, Lumen, *Lumen Technologies reports second quarter 2023 results*, exhibit 99.1 to 8-K (Aug. 1, 2023)

19.     Ex. 24, Karl Von Batten, *The Flawed Research Behind the Wall Street Journal's Series 'America is Wrapped in Miles of Toxic Lead Cable'* (Dec. 6, 2023) available at https://www.realclearhealth.com/blog/2023/12/06/the_flawed_research_behind_the_wall_street_journals_series_america_is_wrapped_in_miles_of_toxic_lead_cable_997253.html.