**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| In re: LUMEN TECHNOLOGIES, INC. SECURITIES LITIGATION II | Case No. 3:23-cv-01290-TAD-KDM<br><br>Judge: Terry A. Doughty<br><br>Magistrate Judge: Kayla D. McClusky |

**ORDER**

CONSIDERING THE FOREGOING,

IT IS HEREBY ORDERED that Defendants' Motion for Leave to File Excess Pages is GRANTED, and that Defendants are granted leave to submit their Memorandum in Support of their Motion to Dismiss in excess of the page limitation, not to exceed thirty-five (35) pages.

Signed this 29th day of April, 2024.

_____
MAGISRATE JUDGE

1