# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **IN RE: LUMEN TECHNOLOGIES, INC. SECURITIES LITIGATION II** | **CIV. ACTION NO. 3:23-1290**<br><br>**JUDGE: TERRY A. DOUGHTY**<br>**MAG. JUDGE: KAYLA D. MCCLUSKY** |

## JOINT STIPULATION REGARDING SCHEDULE

Court-appointed lead plaintiff Michael Glauber ("Lead Plaintiff") and additional plaintiff John McLemore (together with Lead Plaintiff, "Plaintiffs") and defendants Lumen Technologies, Inc., Kate Johnson, Chris Stansbury, Jeffrey K. Storey, and Indraneel Dev ("Defendants" and, together with Plaintiffs, the "Parties") hereby file this Joint Stipulation, as follows:

WHEREAS, on December 28, 2023, the Court entered an Order directing that: (1) Plaintiffs shall file an amended complaint by February 26, 2024; (2) Defendants shall file any motion to dismiss or otherwise respond to the amended complaint by April 26, 2024; (3) Plaintiffs shall file any opposition to a motion to dismiss by June 25, 2024; and (4) Defendants shall file any reply in further support of a motion to dismiss by August 9, 2024 (Dkt. No. 34) (the "Scheduling Order");

WHEREAS, on February 26, 2024, Plaintiffs filed an Amended Class Action Complaint for Violations of the Federal Securities Laws (Dkt. No. 35) (the "Amended Complaint");

WHEREAS, on April 26, 2024, Defendants filed a Motion to Dismiss Plaintiffs' Amended Class Action Complaint (Dkt. No. 36) (the "Motion to Dismiss");

WHEREAS, on April 27, 2024, Defendants filed a Motion to Take Judicial Notice in Support of Defendants' Motion to Dismiss (Dkt. No. 38) (the "Judicial Notice Motion" or "Motion");

WHEREAS, on April 30, 2024, the Court issued a Notice of Motion Setting Without Date (Dkt. No. 42) pursuant to which Plaintiffs' opposition to Defendants' Judicial Notice Motion is due by May 21, 2024, and Defendants' reply in further support of the Motion is due seven days after Plaintiffs' opposition is filed;

WHEREAS, the Parties have met and conferred with respect to scheduling and have agreed, subject to the Court's approval, that the schedule for the briefing of the Judicial Notice

1

Motion be modified to be consistent with the briefing schedule for the Motion to Dismiss, as set forth in the Scheduling Order, as follows:

1.      Plaintiffs shall file any opposition to Defendants' Judicial Notice Motion by June 25, 2024, the same date that Plaintiffs' opposition to Defendants' Motion to Dismiss is due; and

2.      Defendants shall file any reply in further support of their Judicial Notice Motion by August 9, 2024, the same date that their reply in further support of their Motion to Dismiss is due; and

WHEREAS, a proposed order reflecting the Parties' agreement is being submitted herewith.

NOW, THEREFORE, the Parties hereby stipulate and agree to the following and respectfully request that the Court enter an Order consistent with the Parties' agreement in substantially the form submitted herewith:

1.      Plaintiffs shall file any opposition to the Judicial Notice Motion by June 25, 2024.

2.      Defendants shall file any reply in further support of the Judicial Notice Motion by August 9, 2024.

DATED:  May 10, 2024

| | |
|---|---|
| */s/ Justin D. D'Aloia* | */s/ Claire Elizabeth Juneau* |
| Jeremy A. Lieberman (admitted *pro hac vice*) | Claire Elizabeth Juneau (#33209) |
| Justin D'Aloia (admitted *pro hac vice*) | **KEAN MILLER LLP** |
| **POMERANTZ LLP** | First Bank and Trust Tower |
| 600 Third Avenue, 20th Floor | 909 Poydras Street, Suite 3600 |
| New York, NY 10016 | New Orleans, LA 70112 |
| Telephone: (212) 661-1100 | (504) 585-3050 |
| Facsimile: (917) 463-1044 | claire.juneau@keanmiller.com |
| jalieberman@pomlaw.com | |
| jdaloia@pomlaw.com | |

*Counsel for Plaintiffs and Lead Counsel for the Class*

2

Eric J. O'Bell (La. Bar. #26693)
**O'BELL LAW FIRM, LLC**
3500 North Hullen Street
Metairie, LA 70002
Telephone: (504) 456-8677
Facsimile: (504) 456-8653
ejo@obelllawfirm.com

*Counsel for Plaintiffs and Liaison Counsel for the Class*

Brian Schall
**THE SCHALL LAW FIRM**
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
Facsimile: (877) 590-0482
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff*

K. Mallory Brennan (admitted *pro hac vice*)
**ALLEN OVERY SHEARMAN STERLING US LLP**
800 Capitol Street, Suite 2200
Houston, TX 77002
(713) 354-4900
mallory.brennan@ aoshearman.com

Lyle Roberts (admitted *pro hac vice*)
**ALLEN OVERY SHEARMAN STERLING US LLP**
401 9th Street NW
Washington, DC 20004
(202) 508-8108
lyle.roberts@aoshearman.com

*Counsel for Defendants*

3

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on this 10th day of May, 2024, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court of the Western District of Louisiana by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the CM/ECF system.

*/s/ Justin D. D'Aloia*
Justin D. D'Aloia
