**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

|  |  |
|---|---|
| **IN RE: LUMEN TECHNOLOGIES, INC. SECURITIES LITIGATION II** | **CIV. ACTION NO. 3:23-1290**<br><br>**JUDGE: TERRY A. DOUGHTY**<br>**MAG. JUDGE: KAYLA D. MCCLUSKY** |

{00608566;1 }

## **[PROPOSED] ORDER**

WHEREAS, the Court having considered the Joint Stipulation Regarding Schedule (Dkt. No. 43),

IT IS HEREBY ORDERED THAT:

1.      Plaintiffs shall file any opposition to Defendants' Motion to Take Judicial Notice in Support of Defendants' Motion to Dismiss (Dkt. No. 38) (the "Motion") by June 25, 2024.

2.      Defendants shall file any reply in further support of the Motion by August 9, 2024.

SO ORDERED.

_____

{00608566;1 }