**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

|  |  |
|---|---|
| **IN RE: LUMEN TECHNOLOGIES, INC. SECURITIES LITIGATION II** | **CIV. ACTION NO. 3:23-1290**<br><br>**JUDGE: TERRY A. DOUGHTY**<br>**MAG. JUDGE: KAYLA D. MCCLUSKY** |

### PLAINTIFFS' MOTION TO STRIKE

Lead Plaintiff Michael Glauber ("Lead Plaintiff") and additional plaintiff John McLemore (collectively, with Lead Plaintiff, "Plaintiffs") respectfully move this Court for the entry an Order, pursuant to the Court's inherent power, striking Defendants' Motion to Take Judicial Notice In Support of Defendants' Motion to Dismiss [Doc. No. 38] (the "Judicial Notice Motion"); the "appendices" attached to Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint [Doc. No. 36-1]; and the exhibits attached to the Declaration of Lyle Roberts In Support of Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint [Doc. No. 36-2] that are not the proper subject of judicial notice or otherwise not cognizable at the pleading stage.

The Judicial Notice Motion was filed after the deadline for submitting papers in support of the Motion to Dismiss and Defendants lack good cause to make an untimely filing; the vast majority of exhibits submitted by Defendants in support of their Motion to dismiss are not the proper subject of judicial notice or otherwise matters that may be considered on a motion to dismiss without converting it to one for summary judgment; and the "appendices" attached to the Motion to Dismiss exceed the page limit established by the Court for argument in support of the Motion to Dismiss.

For these reasons and those set forth in the attached Memorandum of Law, all materials submitted in support thereof, including the exhibits attached to the Declaration of Justin D. D'Aloia,

all matters of which this Court may take judicial notice, and such other further oral argument or documentary evidence as may be presented to the Court, Plaintiffs respectfully request that the Court enter an order striking (1) the Judicial Notice Motion; (2) the exhibits attached to the Motion to Dismiss that may not be considered on a motion to dismiss; and (3) the "appendices" attached to the Motion to Dismiss in their entirety.

Pursuant to LR7.4.1, Plaintiffs' counsel conferred with Defendants' counsel about the relief requested herein, and Defendants' counsel advised that they believe the request has no merit.

Dated:  June 25, 2024

O'BELL LAW FIRM, LLC

*/s/ Eric J. O'Bell*
Eric J. O'Bell (La. Bar #26693)
3500 North Hullen Street
Metairie, Louisiana  70002
Telephone: (504) 456-8677
Facsimile: (504) 456-8653
ejo@obelllawfirm.com

*Counsel for Plaintiffs and Liaison Counsel for the Class*

Respectfully submitted,

POMERANTZ LLP

*/s/ Justin D. D'Aloia*
Jeremy A. Lieberman (admitted *pro hac vice*)
Justin D. D'Aloia (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
jdaloia@pomlaw.com

*Counsel for Plaintiffs and Lead Counsel for the Class*