**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

|  |  |  |
|---|---|---|
| **JALAL POURARIAN, Derivatively on Behalf of LUMEN TECHNOLOGIES, INC.** | * * * * * | **CASE NO. 3:24-CV-01071** |
| **VERSUS** | * * | **CHIEF JUDGE TERRY A. DOUGHTY** |
| **KATE JOHNSON, ET. AL.** | * * | **MAG. JUDGE KAYLA D. MCCLUSKY** |
| **AND** | * * |  |
| **LUMEN TECHNOLOGIES, INC.** **Nominal Defendant** | * * |  |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the Consent Motion for Stay through and including December 9, 2024, pursuant to La. R.S. 12:1-743 filed by Lumen Technologies, Inc. ("Motion"),

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this case, and all proceedings therein, be and hereby **STAYED** through and including December 9, 2024.

**SIGNED** this 27th day of September, 2024, in Monroe, Louisiana.

_____
UNITED STATES MAGISTRATE JUDGE