UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| IN RE: LUMEN TECHNOLOGIES, INC. SECURITIES LITIGATION II | CIV. ACTION NO. 3:23-1290<br><br>JUDGE: TERRY A. DOUGHTY<br>MAG. JUDGE: KAYLA D. MCCLUSKY |

## SUGGESTION OF DEATH OF MICHAEL GLAUBER

Counsel for lead plaintiff Michael Glauber and plaintiff John McLemore (collectively, "Plaintiffs") and lead counsel for the proposed class suggest upon the record, pursuant to Rule 25(a)(1), the death of Michael Glauber. Michael Glauber's estate is in the process of winding up his affairs and will, in the near future, make a decision whether to continue to serve as lead plaintiff in this Action. Plaintiff John McLemore remains committed to this Action.

| | |
|---|---|
| Dated: January 31, 2025 | Respectfully submitted, |
| O'BELL LAW FIRM, LLC | POMERANTZ LLP |
| /s/ Eric J. O'Bell<br>Eric J. O'Bell (La. Bar #26693)<br>3500 North Hullen Street<br>Metairie, Louisiana 70002<br>Telephone: (504) 456-8677<br>Facsimile: (504) 456-8653<br>ejo@obelllawfirm.com<br><br>*Counsel for Plaintiffs and Liaison Counsel for the Class* | /s/ Justin D. D'Aloia<br>Jeremy A. Lieberman (admitted *pro hac vice*)<br>Justin D. D'Aloia (admitted *pro hac vice*)<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Telephone: (212) 661-1100<br>Facsimile: (917) 463-1044<br>jalieberman@pomlaw.com<br>jdaloia@pomlaw.com<br><br>*Counsel for Plaintiffs and Lead Counsel for the Class* |