UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

|  |  |
|---|---|
| IN RE: LUMEN TECHNOLOGIES, INC. SECURITIES LITIGATION II | CIV. ACTION NO. 3:23-1290<br><br>JUDGE: TERRY A. DOUGHTY<br>MAG. JUDGE: KAYLA D. MCCLUSKY |

**CHRISTINE GLAUBER AND JOHN MCLEMORE'S**
**UNOPPOSED MOTION TO SUBSTITUTE**

Movant Christine Glauber and plaintiff John McLemore respectfully move this Court for the entry of an Order, pursuant to Fed. R. Civ. P. 25(a)(1), substituting Christine Glauber in place of Michael Glauber as lead plaintiff in the above-captioned action.

In support of this motion, Christine Glauber and John McLemore rely on the Memorandum of Law submitted herewith, the accompanying Declaration of Christine Glauber, the pleadings and other filings herein, all matters of which this Court may take judicial notice, and such other further argument or evidence as may be presented to the Court.

Pursuant to LR7.4.1, counsel for Christine Glauber and John McLemore conferred with counsel for Defendants about the relief requested by this motion, and Defendants' counsel advised that they do not oppose the relief requested but do not join in the motion, which was not prepared by them.

Dated:  March 20, 2025

Respectfully submitted,

O'BELL LAW FIRM, LLC

POMERANTZ LLP

 /s/ Eric J. O'Bell
Eric J. O'Bell (La. Bar #26693)
3500 North Hullen Street
Metairie, Louisiana  70002
Telephone: (504) 456-8677
Facsimile: (504) 456-8653
ejo@obelllawfirm.com

 /s/ Justin D. D'Aloia
Jeremy A. Lieberman (admitted *pro hac vice*)
Justin D. D'Aloia (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
jdaloia@pomlaw.com

*Counsel for Christine Glauber and John McLemore and Liaison Counsel for the Class*

*Counsel for Christine Glauber and John McLemore and Lead Counsel for the Class*

THE SCHALL LAW FIRM
Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Christine Glauber*

2