**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

|  |  |
|---|---|
| **IN RE: LUMEN TECHNOLOGIES, INC. SECURITIES LITIGATION II** | **CIV. ACTION NO. 3:23-1290**<br><br>**JUDGE: TERRY A. DOUGHTY**<br>**MAG. JUDGE: KAYLA D. MCCLUSKY** |

## ORDER

UPON CONSIDERATION,

IT IS HEREBY ORDERED that movant Christine Glauber and plaintiff John McLemore's Motion to Substitute [doc. #65] is GRANTED. Having determined that Christine Glauber, as the successor to the claims originally asserted by Michael Glauber, satisfies the requirements for appointment as Lead Plaintiff pursuant to Section 21D(a)(3)(B)(iii) of the Private Securities Litigation Reform Act of 1995 and is otherwise the proper party to assert such claims following the death of Michael Glauber under Fed. R. Civ. P. 25(a), the Court hereby substitutes Christine Glauber in place of Michael Glauber as Lead Plaintiff in the above-captioned action.

Signed this 21st day of March, 2025.

_____
United States Magistrate Judge

{00653133;1 }