# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

In re: LUMEN TECHNOLOGIES, INC.    CIV. ACTION NO. 3:23-1290
SECURITIES LITIGATION II

JUDGE TERRY A. DOUGHTY

MAG. JUDGE KAYLA D. MCCLUSKY

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 63] having been considered, together with the Objections filed by Plaintiffs, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted [Doc. No. 36] is **GRANTED**, and that Plaintiffs' claims against all Defendants are hereby **DISMISSED, WITH PREJUDICE**, in their entirety. FED. R. CIV. P. 12(b)(6).

MONROE, Louisiana, this 31st day of March 2025.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE