# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 2, 2026

Lyle W. Cayce
Clerk

———————

No. 25-30264

———————

JOHN MCLEMORE, *Individually & on Behalf of All Others Similarly Situated*; CHRISTINE GLAUBER, LEAD PLAINTIFF,

Plaintiffs—Appellants,

*versus*

LUMEN TECHNOLOGIES, INC.,
*formerly known as* CENTURYLINK INC; KATE JOHNSON; CHRIS STANSBURY; JEFFREY K. STOREY; INDRANEEL DEV,

Defendants—Appellees.

———————————————————————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:23-CV-1290

———————————————————————

## ON PETITION FOR REHEARING EN BANC

Before ELROD, *Chief Judge*, and SMITH and WILSON, *Circuit Judges*.

PER CURIAM:

Treating the petition for rehearing en banc as a petition for panel rehearing (5TH CIR. R. 40 I.O.P.), the petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (FED. R. APP. P. 40 and 5TH CIR. R. 40), the petition for rehearing en banc is DENIED.

## *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 02, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-30264   McLemore v. Lumen Technologies
                USDC No. 3:23-CV-1290

Enclosed is an order entered in this case.

See FRAP and Local Rules 41 for stay of the mandate.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Rebecca L. Leto, Deputy Clerk
          504-310-7703

Mr. George E. Anhang
Mr. Justin David D'Aloia
Ms. Claire Elizabeth Juneau
Mr. Daniel J. McCoy
Mr. Eric J. O'Bell
Mr. Lyle Roberts
Ms. Katherine Mallory Tosch