**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

|  |  |
|---|---|
| **IN RE: LUMEN TECHNOLOGIES, INC. SECURITIES LITIGATION II** | **CIV. ACTION NO. 3:23-1290**<br><br>**JUDGE: TERRY A. DOUGHTY**<br>**MAG. JUDGE: KAYLA D. MCCLUSKY** |

**JOINT STIPULATION REGARDING SCHEDULE**

Court-appointed lead plaintiff Christine Glauber ("Lead Plaintiff") and additional plaintiff John McLemore (together with Lead Plaintiff, "Plaintiffs") and defendants Lumen Technologies, Inc., Kate Johnson, Chris Stansbury, Jeffrey K. Storey, and Indraneel Dev ("Defendants" and, together with Plaintiffs, the "Parties") hereby file this Joint Stipulation, as follows:

WHEREAS, on March 31, 2025, after receiving briefing on a motion to dismiss, the Court entered a judgment dismissing this action with prejudice (Dkt. No. 70);

WHEREAS, on April 30, 2025, Plaintiffs filed a notice of appeal from the Court's judgment (Dkt. No. 71);

WHEREAS, on January 30, 2026, the Fifth Circuit entered an opinion reversing the Court's judgment with respect to the issue of dismissal with prejudice;

WHEREAS, on February 13, 2026, Defendants filed a petition for rehearing en banc;

WHEREAS, on March 2, 2026, the Fifth Circuit denied the petition for rehearing en banc and ordered that the mandate issue on March 9, 2026;

WHEREAS, on March 9, 2026, the Fifth Circuit entered a Judgment reversing the Court's judgment solely with respect to the issue of prejudice and rendered a judgment of dismissal without prejudice [Dkt. No. 73];

WHEREAS, the Parties have conferred with respect to scheduling and have agreed to the schedule below; and

WHEREAS, a proposed order is being submitted herewith.

NOW, THEREFORE, the Parties hereby stipulate and agree to the following and respectfully request that the Court enter an Order consistent with the Parties' agreement in substantially the form submitted herewith:

1.      Plaintiffs shall file their Second Amended Complaint by April 23, 2026.

1

2.       Defendants shall file any motion to dismiss, and any related motion referenced therein, or otherwise respond to, the Second Amended Complaint by June 8, 2026;

3.       Plaintiffs shall file any opposition to any motion to dismiss, and any related motion referenced therein, by July 23, 2026; and

4.       Defendants shall file any reply in further support of any motion to dismiss, and any related motion referenced therein, by August 24, 2026.

DATED:  March 24, 2026

/s/ Justin D'Aloia
Jeremy A. Lieberman (admitted *pro hac vice*)
Justin D'Aloia (admitted *pro hac vice*)
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
jdaloia@pomlaw.com

*Counsel for Plaintiffs and Lead Counsel for the Class*

Eric J. O'Bell (La. Bar. #26693)
**O'BELL LAW FIRM, LLC**
3500 North Hullen Street
Metairie, LA 70002
Telephone: (504) 456-8677
Facsimile: (504) 456-8653
ejo@obelllawfirm.com

*Counsel for Plaintiffs and Liaison Counsel for the Class*

Brian Schall
**THE SCHALL LAW FIRM**
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
Facsimile: (877) 590-0482
brian@schallfirm.com

/s/ Claire Elizabeth Juneau
Claire Elizabeth Juneau (#33209)
Jeffrey J. Gelpi (#37130)
**KEAN MILLER LLP**
First Bank and Trust Tower
909 Poydras Street, Suite 3600
New Orleans, LA 70112
(504) 585-3050
claire.juneau@keanmiller.com
jeffrey.gelpi@keanmiller.com

Mallory Tosch Brennan (*pro hac vice*)
**ALLEN OVERY SHEARMAN STERLING US LLP**
800 Capitol Street, Suite 2200
Houston, TX 77002
(713) 354-4900
mallory.toschhoggatt@ aoshearman.com

Lyle Roberts (*pro hac vice*)
**ALLEN OVERY SHEARMAN STERLING US LLP**
1101 New York Avenue NW
Washington, DC 20005
(202) 508-8108
lyle.roberts@aoshearman.com

*Counsel for Defendants*

2

*Additional Counsel for Lead Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on this 24th day of March, 2026, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court of the Western District of Louisiana by using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the CM/ECF system.

 */s/ Justin D. D'Aloia*

Justin D. D'Aloia