UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| IN RE: LUMEN TECHNOLOGIES, INC. SECURITIES LITIGATION II | CIV. ACTION NO. 3:23-1290<br><br>JUDGE: TERRY A. DOUGHTY<br>MAG. JUDGE: KAYLA D. MCCLUSKY |

## ORDER

WHEREAS, the Court having considered the Joint Stipulation Regarding Schedule [Dkt. No. 74],

IT IS HEREBY ORDERED THAT this matter is re-opened and returned to the Court's active docket and that:

1.      Plaintiffs shall file a Second Amended Complaint by April 23, 2026.

2.      Defendants shall file any motion to dismiss, and any related motion referenced therein, or otherwise respond to, the Second Amended Complaint by June 8, 2026;

3.      Plaintiffs shall file any opposition to any motion to dismiss, and any related motion referenced therein, by July 23, 2026; and

4.      Defendants shall file any reply in further support of any motion to dismiss, and any related motion referenced therein, by August 24, 2026.

SO ORDERED this 26th day of March, 2026.


_____
KAYLA DYE MCCLUSKY
MAGISTRATE JUDGE